David Farrell **SULLIVAN,**
**Plaintiff—Appellant,**

v.

**Clay T. ALLEN, Defendant—Appellee.**

No. 04–6694.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2004.

Decided: July 2, 2004.

David Farrell Sullivan, Appellant pro se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Farrell Sullivan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint under 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sullivan v. Allen,* No. CA–03–3841–7–26 (D.S.C. Mar. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*